# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 13, 2017

## NO. 03-15-00429-CV

**Dennis Draper, Greg Hadley, and Charles Huston, Appellants**

**v.**

**Austin Manufacturing Services I, Inc., Appellee**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
REVERSED AND RENDERED—OPINION BY JUSTICE PEMBERTON**

This is an appeal from the final judgment rendered by the district court on April 16, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the district court's judgment and renders judgment that the appellee take nothing on its claims against the appellants. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.